DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MY.AM.I. MUSIC LLC,**
Appellant,

v.

**PK PRODUCTIONS INC.,**
Appellee.

No. 4D21-3015

[March 23, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Allison Gilman, Judge; L.T. Case No. COSO18-005919.

Shlomo Y. Hecht of Shlomo Y. Hecht, P.A., Miramar, for appellant.

Daniel R. Silver and Jennifer C. Pratt of Prada Law, Doral, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***